NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STEVEN W. GRAVES,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2014-7020

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 12-2153, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

**O R D E R**

Steven W. Graves moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                            GRAVES v. SHINSEKI


FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s24